

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00714-CV

**IN THE ESTATE OF** Joanne Cooksey **FRIEND**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee, Sarah Friend Neutze, is awarded the costs she incurred related to this appeal.

SIGNED February 19, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.